Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Tadeusz McMahon, Bar No. 304699
THE RYAN FIRM
A Professional Corporation
2603 Main St, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing, LLC

No JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| VIRGINIA FERNANDEZ, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>CITIGROUP MORTGAGE LOAN TRUST, INC.,., A New York Corporation; SPECIALIZED LOAN SERVICING, LLC., a Delaware Corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 8:19-cv-02519-DOC-JDE<br><br>Date Action Filed: August 22, 2019<br><br>**JUDGMENT OF DISMISSAL AS TO SPECIALIZED LOAN SERVICING, LLC** . |

## JUDGMENT OF DISMISSAL

On April 13, 2020, the Court GRANTED defendant Specialized Loan Servicing, LLC's ("SLS") Motion to Dismiss plaintiff Virginia Fernandez's ("Plaintiff") First Amended Complaint.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE as to SLS, and that Plaintiff takes nothing from SLS. Defendant SLS is the prevailing party in the above-entitled action against Plaintiff.

DATED: May 19, 2020

Hon. David O. Carter
United States District Judge